**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK JAIME, | ) NO. EDCV 11-01827 SS |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| DALINDA HARMAN, Acting Chief, | ) |
| Respondent. | ) |

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 27, 2012

/S/
_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE