UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK JAIME,<br><br>        Petitioner,<br><br>        v.<br><br>DALINDA HARMAN, Acting Chief,<br><br>        Respondent. | NO. EDCV 11-01827 SS<br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 27, 2012

                                                  /S/
                                        _____
                                        SUZANNE H. SEGAL
                                        UNITED STATES MAGISTRATE JUDGE